IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**COREY PIERRE ANDREW PANNELL,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:14-CV-271-MPM-SAA**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY,** **DEFENDANT**

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated April 29, 2015, was on that date served via electronic mail through the court's CM/ECF system upon counsel of record; more than fourteen days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. Therefore, the court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court. It is

**ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated April 29, 2015, is approved and adopted, and the proposed findings of fact and conclusions of law provided there are adopted as the findings of fact and conclusions of law of the court.

2. This case is dismissed with prejudice pursuant to FED. R. CIV. P. 41(b).

SO ORDERED, this the 22nd day of May, 2015.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**